10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BONNIE NOTARGIACOMO, | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-00-055 |
| | * | |
| DOUBLECLICK INC., | * | |
| Defendant | * | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE

All parties to this case waive their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C.§636(c).

Signatures                                                                 Date

_____                         _____
MICHAEL R. COWEN                                                       5/26/00
Counsel for Plaintiff Bonnie Notargiacomo

_____                         _____
NORTON A. COLVIN, JR.                                                   5/26/00
Counsel for Defendant Doubleclick, Inc.

## ORDER TO TRANSFER

This case is transferred to the Honorable _Felix Recio_, United States Magistrate Judge to conduct all further proceedings, including the trial and final judgment.

_____                         _____
Date                                                                          United States District Judge