11

United States District Court
Southern District of Texas
ENTERED

JUN 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BONNIE NOTARGIACOMO,<br>Plaintiff | * * * | |
| V. | * | CIVIL ACTION NO. B-00-055 |
| DOUBLECLICK INC.,<br>Defendant | * * * | (636(c)) |

## ORDER GRANTING UNOPPOSED MOTION REQUESTING ADMISSION PRO HAC VICE FOR NON-RESIDENT ATTORNEYS

CAME ON this day the Unopposed Motion Requesting Admission Pro Hac Vice for Non-Resident Attorneys filed on behalf of MELVIN R. GOLDMAN, LORI A. SCHECHTER, RONALD P. FLYNN, and MEGAN M. AUCHINCLOSS as attorneys for Defendant DoubleClick Inc., and the Court after having reviewed the Motion and the pleadings on file herein, is of the opinion that the same should be GRANTED. It is, therefore,

ORDERED that the Unopposed Motion Requesting Admission Pro Hac Vice for Non-Resident Attorneys be Granted, and it is further

ORDERED that Melvin R. Goldman, Lori A. Schechter, Ronald P. Flynn, and Megan M. Auchincloss shall be permitted to practice before this Court for the purpose of this case only.

_____
UNITED STATES MAGISTRATE JUDGE