12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 15 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BONNIE NOTARGIACOMO | § | |
| | § | CIVIL ACTION NO. B-00-55 |
| V. | § | (636(c)) |
| | § | CLASS ACTION |
| DOUBLECLICK, INC. | § | |

### ORDER SETTING HEARING ON
### PLAINTIFF'S MOTION TO REMAND

Plaintiff's Motion to Remand is set for hearing on the __30th__ day of __June__, 2000, 9:00 a.m.

SIGNED this __13th__ day of __June__, 2000.

_____
UNITED STATES MAGISTRATE JUDGE