16

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BONNIE NOTARGIACOMO, | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CIVIL ACTION NO. B-00-055 |
| | * | |
| DOUBLECLICK INC., | * | |
| Defendant | * | |

## ORDER

CAME ON this the 30st day of June, 2000, for consideration the Motion to Appear for Attorney in Charge, in the above-styled and numbered cause, and the Court having found that said Motion is meritorious, hereby grants said Motion.

IT IS THEREFORE, ORDERED, that Megan M. Auchincloss of the firm of Morrison & Foerster L.LP. and RosaMaria Villagomez of the firm of Rodriguez, Colvin & Chaney, L.L.P.., appear for Attorney-in-Charge Norton A. Colvin.

ENTERED on this the 30st day of June, 2000 at Brownsville, Texas.

_____
MAGISTRATE JUDGE PRESIDING