17

United States District Court
Southern District of Texas
ENTERED

**JUL 17 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

BONNIE NOTARGIACOMO, ET AL          *
                                    *

                                    *

      VS          *          C.A. NO. B00-055
                                    *          (636(c))

DOUBLECLICK, INC.          *

## ORDER SETTING HEARING

An evidentiary hearing in above-captioned and numbered cause

of action is hereby set for **July 21, 2000, at 9:00 a.m.**

DONE at Brownsville, Texas, this 17th day of July 2000.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison
Brownsville, Texas 78520